BRUCE A. KILDAY, ESQ., SBN 66415
J. SCOTT SMITH, ESQ., SBN 151163
CARRIE A. FREDERICKSON, ESQ., SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:     (916) 564-6100
Telecopier:     (916) 564-6263

Attorneys for Defendant STEVEN M. GODDEN

MARK E. MERIN, ESQ., SBN 043849
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, CA  95811
Telephone:     (916) 443-6911
Telecopier:     (916) 447-8336

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS A. MACIAS, XAVIER JESUS RAMIREZ, and KEVIN JAN SNOWDEN,<br><br>  Plaintiffs,<br><br>vs.<br><br>WEST SACRAMENTO POLICE OFFICERS STEVE GODDEN (BADGE #140); DANIEL GILL (BADGE #160); KEN FELOWS (BADGE #151); JOE VILLANUEVA (BADGE #154); JASON WINGER (BADGE #31); WEST SACRAMENTO POLICE OFFICERS DOES 1 THROUGH 10,<br><br>  Defendants. | Case No.: 2:08-CV-00895-MCE-JFM<br><br>**ORDER TO WITHDRAW REFERENCE OF BANKRUPTCY ADVERSARY PROCEEDING RELATED TO THE INSTANT LAWSUIT** |

---

1
[PROPOSED] ORDER TO WITHDRAW REFERENCE OF BANKRUPTCY
ADVERSARY PROCEEDING RELATED TO THE INSTANT LAWSUIT

{00034376}

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN M. GODDEN and ELIZABETH C. GODDEN,<br><br>Debtors,<br><br>JESUS A. MACIAS, XAVIER JESUS RAMIREZ, KEVIN JAN SNOWDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE GODDEN,<br><br>Defendant. | Case No.: 09-34638-C-7<br>Adversary Case No.: 09-02689-C<br><br>**Chapter 7** |

## ORDER

Pursuant to the parties' joint request, and good cause appearing, it is hereby ordered that the reference to the Bankruptcy Court for the adversary proceeding *Macias v. Godden*, Bankruptcy Case No. 09-02689-C, is hereby withdrawn and said adversary proceeding is ordered to be litigated concurrently with the instant civil lawsuit, subject to all scheduling orders currently in place.

Upon withdrawal of the reference from the bankruptcy court, the clerk of the District Court shall directly assign the adversary proceeding *Macias v. Godden*, Bankruptcy Case No. 09-02689-C to District Judge Morrison C. England, Jr. and Magistrate Judge John F. Moulds.

IT IS SO ORDERED.

Dated: February 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER TO WITHDRAW REFERENCE OF BANKRUPTCY
ADVERSARY PROCEEDING RELATED TO THE INSTANT LAWSUIT

{00034376}
PDF created with pdfFactory trial version www.pdffactory.com