BRUCE A. KILDAY, ESQ., SBN 066415
CARRIE A. FREDERICKSON, ESQ., SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants WEST SACRAMENTO POLICE OFFICERS STEVE GODDEN, DANIEL GILL, KEN FELLOWS, JOE VILLANUEVA and JASON WINGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS A. MACIAS, XAVIER JESUS RAMIREZ, and KEVIN JAN SNOWDEN,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>WEST SACRAMENTO POLICE OFFICERS STEVE GODDEN (BADGE #140); et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:08-CV-00895-MCE-JFM<br><br>**STIPULATION FOR DISMISSAL**<br><br>**Magistrate Judge Dale A. Drozd** |

　　　　The parties, through their respective counsel, hereby stipulate that this action shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party is to bear its own costs, including any attorney's fees.  It is further stipulated by and between the parties that the adversary proceeding of Macias v. Godden in Bankruptcy Case 09-02689-C shall also be dismissed with prejudice, each party to bear its own costs, including attorney's fees.

Dated:  7/19/10　　　　　　　　　　　　　　ANGELO, KILDAY & KILDUFF

　　　　　　　　　　　　　　　　　　　　　　 */s/ Bruce A. Kilday*
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　 BRUCE A. KILDAY
　　　　　　　　　　　　　　　　　　　　 CARRIE A. FREDERICKSON
　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendants

-1-
**Stipulation for Dismissal**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| | |
|2| | |
|3|Dated: July 22, 2010|MORENO & RIVERA|
|4| | */s/ Mark E. Merin*|
|5| |By:_____|
|6| |Mark E. Merin|
| | |Attorneys for Plaintiffs|

### ORDER

Pursuant to the parties' stipulation, the action pending in this Court is hereby dismissed in its entirety, with prejudice.  The Clerk of Court is directed to close the file.

DATED: August 5, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
**Stipulation for Dismissal**

PDF created with pdfFactory trial version www.pdffactory.com